# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**IMR Contractor Corporation** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**94-3365281** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**24967 Huntwood Dr**<br>**Hayward, CA**<br>ZIP Code **94544** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Alameda** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> ***IMR Contractor Corporation*** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  *- None -* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> *- None -* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *IMR Contractor Corporation* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** */s/ Chris D. Kuhner*
Signature of Attorney for Debtor(s)

*Chris D. Kuhner 173291*
Printed Name of Attorney for Debtor(s)

*Kornfield, Nyberg, Bendes & Kuhner, PC*
Firm Name

*1970 Broadway, Ste 225*
*Oakland, CA 94612*

Address

*(510) 763-1000 Fax: (510) 273-8669*
Telephone Number

*May 20, 2011*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Ismael Avila*
Signature of Authorized Individual

*Ismael Avila*
Printed Name of Authorized Individual

*Manager*
Title of Authorized Individual

*May 20, 2011*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **IMR Contractor Corporation**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Lotus General Contractors, Inc.** c/o Jodi E Bente 3254 19th St, Ste 200 San Francisco, CA 94110 | **Lotus General Contractors, Inc.** c/o Jodi E Bente 3254 19th St, Ste 200 San Francisco, CA 94110 | | **Disputed** | **486,000.00** |
| **American Express** Box 0001 Los Angeles, CA 90096 | **American Express** Box 0001 Los Angeles, CA 90096 | **Credit Card** | | **179,520.67** |
| **Trane U.S. Inc.** c/o CT Corporation System 818 W. Seventh St Los Angeles, CA 90017 | **Trane U.S. Inc.** c/o CT Corporation System 818 W. Seventh St Los Angeles, CA 90017 | | **Disputed** | **174,105.43** |
| **Ted Siotos &Trans World Maintenance Inc.** c/o Alexandra Siotos 270 Loyola Dr Millbrae, CA 94030 | **Ted Siotos &Trans World Maintenance Inc.** c/o Alexandra Siotos 270 Loyola Dr Millbrae, CA 94030 | | **Disputed** | **90,000.00** |
| **Speciality A/C Products, Inc.** c/o Thomas J. Mcintosh 1225 Solano Ave Albany, CA 94706 | **Speciality A/C Products, Inc.** c/o Thomas J. Mcintosh 1225 Solano Ave Albany, CA 94706 | | **Disputed** | **66,223.68** |
| **Allied Building Prod** 1077 Eastshore Highway Berkely, CA 94710 | **Allied Building Prod** 1077 Eastshore Highway Berkely, CA 94710 | **Supplier** | | **64,128.92** |
| **Banister Electric, Inc.** c/o Daniel Pauline 10655 West Dr Felton, CA 95018 | **Banister Electric, Inc.** c/o Daniel Pauline 10655 West Dr Felton, CA 95018 | | **Disputed** | **60,234.00** |
| **Ransome Company** c/o Roger Hughes 1300 Clay St, Ste 100 Oakland, CA 94612 | **Ransome Company** c/o Roger Hughes 1300 Clay St, Ste 100 Oakland, CA 94612 | | **Disputed** | **47,825.80** |
| **American Express** Box 0001 Los Angeles, CA 90096 | **American Express** Box 0001 Los Angeles, CA 90096 | **Credit Card** | | **43,045.63** |

B4 (Official Form 4) (12/07) - Cont.

In re  **IMR Contractor Corporation**  _____  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Rad Metal Fab and Erectors<br>1501 Loverridge Rd, #5<br>Pittsburg, CA 94565 | Rad Metal Fab and Erectors<br>1501 Loverridge Rd, #5<br>Pittsburg, CA 94565 | Subcontractor. May have mechanic's liens against owners and/or bond. | | 19,161.40 |
| Dan Brown Air Tech, Inc.<br>c/o Dan Brown<br>1830 Vernon St, Ste 2<br>Roseville, CA 95678 | Dan Brown Air Tech, Inc.<br>c/o Dan Brown<br>1830 Vernon St, Ste 2<br>Roseville, CA 95678 | | Disputed | 15,355.16 |
| Roofing Supply Group<br>1588 Doolittle St.<br>San Leandro, CA 94577 | Roofing Supply Group<br>1588 Doolittle St.<br>San Leandro, CA 94577 | Supplier | | 14,280.97 |
| National Electric<br>29380 Union City Blvd<br>Union City, CA 94587 | National Electric<br>29380 Union City Blvd<br>Union City, CA 94587 | Subcontractor. May have mechanic's liens against owners and/or bond. | | 11,891.80 |
| USA Shade & Fabric Structures<br>5850 Chancellor Row<br>Dallas, TX 75247 | USA Shade & Fabric Structures<br>5850 Chancellor Row<br>Dallas, TX 75247 | Subcontractor. May have mechanic's liens against owners and/or bond. | | 9,470.00 |
| Sierra Piont Lumber<br>601 Tunnel Ave<br>Brisbane, CA 94005 | Sierra Piont Lumber<br>601 Tunnel Ave<br>Brisbane, CA 94005 | Supplier | | 9,356.97 |
| Foggs Lath and Plaster Inc.<br>53 Corte Placida<br>Greenbrae, CA 94904 | Foggs Lath and Plaster Inc.<br>53 Corte Placida<br>Greenbrae, CA 94904 | Supplier | | 7,861.06 |
| Wheeling Corrugating<br>23648 Network Place.<br>Chicago, IL 60673-1236 | Wheeling Corrugating<br>23648 Network Place.<br>Chicago, IL 60673-1236 | Supplier | | 6,853.55 |
| McGraw Hill Construction<br>7625 Collection Center Dr.<br>Chicago, IL 60693-0076 | McGraw Hill Construction<br>7625 Collection Center Dr.<br>Chicago, IL 60693-0076 | Supplier | | 5,905.40 |
| Lowry's Inc.<br>9243 Cranford Ave.<br>Arleta, CA 91331 | Lowry's Inc.<br>9243 Cranford Ave.<br>Arleta, CA 91331 | Supplier | | 3,432.13 |
| MK Pipelines Inc<br>2400 Taraval St.<br>San Francisco, CA 94116 | MK Pipelines Inc<br>2400 Taraval St.<br>San Francisco, CA 94116 | Supplier | | 2,776.30 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                                    Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re **IMR Contractor Corporation**        Case No. _____
                                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 20, 2011**        Signature **/s/ Ismael Avila**
                                                                        **Ismael Avila**
                                                                       **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

```
AEP SPAN
P.O. Box 894241
Los Angeles, CA 90189


AHERN Rentals
4241 Arville St.
Las Vegas, NV 89103-3713


Allied Building Prod
1077 Eastshore Highway
Berkely, CA 94710


American Express
Box 0001
Los Angeles, CA 90096


ARC
945 Bryant St.
San Francisco, CA 94103


Architectural Millwork
33 Dorman Ave.
San Francsico, CA 94124


Armando Bannuelos
c/o Christopher Viadro
414 13th Street, 7th Floor
Oakland, CA 94612


Arthur J. Gallagher &Co.,Ins
3697 Mt. Diablo Blvd., #300
Lafayette, CA 94549
```

Ascent Elevator
1555 Yosemite Ave. #13
San Francsico, CA 94124


Automated Service Products
6262 Hollis St.
Emeryville, CA 94608


Banister Electric, Inc.
c/o Daniel Pauline
10655 West Dr
Felton, CA 95018


Bay City Mechanical
543 South 31st St.
Richmond, CA 94804


Bay Mountain Air
83 Dillon Ave.
Campbell, CA 95008


Belliccitti & Pellicciotti
P.O. Box 606
Santa Clara, CA 95052


BK Mill & Fixtures
37523 Sycamore St.
Newark, CA 94560


California Tile Installers
1696 Rogers Ave.
San Jose, CA 95112

Calply
31625 Hayman St.
Hayward, CA 94544


Camblin Steel
1655 El Camino Ave.
Sacramento, CA 95815


City & County of San Francisco
1155 Market St, 9th Floor
Livermore, CA 94551


Constraction Resource Inc.
545 Independent Rd.
Oakland, CA 94621


Cook Coating
33834 Zeiders Rd.
Menifee, CA 92584


D.M. Figley
10 Kelly Court
Menlo Park, CA 94025


Dan Brown Air Tech, Inc.
c/o Dan Brown
1830 Vernon St, Ste 2
Roseville, CA 95678


Department of Transportation
1727 30th St
Sacramento, CA 95816

Doherty Restoration
828 Innes Ave. Ste. 112
San Francisco, CA 94124


Dolan Concrete
3045 Alfred St.
Santa Clara, CA 95054


Dryco
42745 Boscell Rd.
Fremont, CA 94538


East Unified School District
850 N. Capitol Ave
San Jose, CA 95133


Edwards Welding
P.O. Box 3550
San Leandro, CA 94578


Five Star Heating & Air
2250 Galaxy Ct. Ste. E
Concord, CA 94520


Foggs Lath and Plaster Inc.
53 Corte Placida
Greenbrae, CA 94904


Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

Gow Supply
P.O Box 24160
San Francisco, CA 94124


Hazard Concrete
127 Monte Sereno Place
Alamo, CA 94507


Hertz
P.O. Box 650280
Dallas, TX 75265-0280


Hilti Inc
PO Box 382002
Pittsburgh, PA 15250-8002


Industrial Louvers, Inc.
511 South 7th St.
Delano, MN 55328


JC Metal Specialists
238 Michelle Ct.
South San Francisco, CA 94080


JM Plumbing
2256 Concord Ct.
Fairfield, CA 94553


Joe Wang Carpets & Flooring
116-A Starlite St.
South San Francisco, CA 94080

Johnson Controls
P.O. Box 730068
Dallas, TX 75373


Kohn Plumbing
828 Ruth Ave.
Belmont, CA 94002


Liberty Bank
500 Linden Ave
South San Francisco, CA 94080-2929


Limon Painting
5316 Entrada Oleandros
San Jose, CA 95123


Lombardo Diamond Core Drilling
2225 De La Cruz Blvd.
Santa Clara, CA 95050


Lotus General Contractors, Inc.
c/o Jodi E Bente
3254 19th St, Ste 200
San Francisco, CA 94110


Lowry's Inc.
9243 Cranford Ave.
Arleta, CA 91331


Martina Landscape
811 Camden Ave.
Campbell, CA 95008

Martina Landscape, INC
811 Camden Ave
Campbell, CA 95008


McGraw Hill Construction
7625 Collection Center Dr.
Chicago, IL 60693-0076


MK Pipelines
2400 Taraval St.
San Francisco, CA 94116


MK Pipelines Inc
2400 Taraval St.
San Francisco, CA 94116


National Electric
29380 Union City Blvd
Union City, CA 94587


On Trac
Department # 1664
Los Angeles, CA 90084-1664


Ortega Flooring
8880 Cal Center Dr. Ste. 400
Sacramento, CA 85826


P.C. Jonathan Margolis
2 Lower Ragsdale Dr. ste 110
Monterey, CA 93940

Pacific Access Contractors
937 Industrial Ave.
Palo Alto, CA 94303


Pacific Power & Systems
4970 Peabody Rd.
Fairfield, CA 94533


Pacific Supply
1675 Mission Rd
So. San Francisco, CA 94080


Parc Services
253 Rickenbacker Circle Ste. B
Livermore, CA 94551


Peninsula Building Materials
PO Box 60000
San Francisco, CA 94160


Peralta Union College District
250 Ogawa Plaza, 2nd Floor
Oakland, CA 94612


Precision Tile
1675 Rollins Rd. Ste. H1
Burlingame, CA 94010


R.A.D MetalFab & Erectors Inc.
1501 Loveridge Rd. # 5
Pittsburg, CA 94565

RAD Metal Fab & Erectors
1501 Loveridge Rd. # 5
Pittsburg, CA 94565


Rad Metal Fab and Erectors
1501 Loverridge Rd, #5
Pittsburg, CA 94565


Ransome Company
c/o Roger Hughes
1300 Clay St, Ste 100
Oakland, CA 94612


Reliance
851 Burlway Rd. Ste. 800
Burlingame, CA 94010


Robert Salinas
Attorney for Plaintiffs
Sundeen, Salinas & Pyle
1330 Broadway, Ste 1830
Oakland, CA 94612


Roofing Supply Group
1588 Doolittle St.
San Leandro, CA 94577


San Jose Unified School District
855 Lenzen Ave
San Francisco, CA 94126


San Mateo Unified School District
650 N. Delaware St
San Mateo, CA 94401

Santa Clara Valley Water Dist
5750 Almaden Expressway
San Jose, CA 95118


Sierra Piont Lumber
601 Tunnel Ave
Brisbane, CA 94005


Simpson, garrity, Innes & Jacuzzi, PC
601 Gateway Blvd, Ste 950
South San Francisco, CA 94080


Speciality A/C Products, Inc.
c/o Thomas J. Mcintosh
1225 Solano Ave
Albany, CA 94706


Sree Construction Co, Inc.
c/o Murthy Vamaraju
951-2 Old County Rd, #150
Belmont, CA 94002


State of Calofornia
Office of Adjutant
9800 Goethe Rd
Sacramento, CA 95826-9101


Ted Siotos &Trans World Maintenance Inc.
c/o Alexandra Siotos
270 Loyola Dr
Millbrae, CA 94030


The Thompson Group
1555 Park Ave, Ste G
Emeryville, CA 94608

Titan Electric
630 Natoma St.
San Francisco, CA 94103


Toyota Material
P.O Box 45333
San Francisco, CA 94145


Trane U.S. Inc.
c/o CT Corporation System
818 W. Seventh St
Los Angeles, CA 90017


Transbay
2182 Rheem Dr.
Pleasanton, CA 94588


Transbay Fire Protection
2182 Rheem Dr.
Pleasanton, CA 94588


USA Shade & Fabric Structures
5850 Chancellor Row
Dallas, TX 75247


West Bay Builders, Inc.
c/o Paul Thompson
250 Bel Marin Keys Blvd, Building A
Novato, CA 94949


West Coast
3765 Omec Circle Unit 1
Rancho Cordova, CA 95742

```
Wheeling Corrugating
23648 Network Place.
Chicago, IL 60673-1236


William C. Last
Last & Faoro
520 S. El Camino Real
San Mateo, CA 94402
```

# United States Bankruptcy Court
## Northern District of California

In re **IMR Contractor Corporation**
Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Moises Avila**, declare under penalty of perjury that I am the President of **IMR Contractor Corporation**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 19th day of May, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Moises Avila**, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Moises Avila, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Moises Avila, President of this Corporation is authorized and directed to employ Chris D. Kuhner 173291, attorney and the law firm of Kornfield, Nyberg, Bendes & Kuhner, PC to represent the corporation in such bankruptcy case."

Date **May 19, 2011**

Signed **/s/ Moises Avila**
**Moises Avila**

# Resolution of Board of Directors
## of
### *IMR Contractor Corporation*

      Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter *11* of Title 11 of the United States Code;

      Be It Therefore Resolved, that Moises Avila, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter *11* voluntary bankruptcy case on behalf of the corporation; and

      Be It Further Resolved, that Moises Avila, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

      Be It Further Resolved, that Moises Avila, President of this Corporation is authorized and directed to employ **Chris D. Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes & Kuhner, PC** to represent the corporation in such bankruptcy case.

Date **May 19, 2011**      Signed _/s/ Moises Avila_

Date **May 19, 2011**      Signed _____